## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

2016 JUDICIAL SALE OF REAL-ESTATE : No. 8 WM 2018
BY CAMERON COUNTY TAX CLAIM :
BUREAU, CO-OWNER JOHN FLOYD :
CAREY, SR. :
                                     :
                                     :
PETITION OF: JOHN FLOYD CAREY, :
SR. :

## ORDER

**PER CURIAM**

   **AND NOW**, this 6th day of April, 2018, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.